FILED

12/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0530



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA-24-0530

---

SLOWAY CABIN LLC, a Montana limited liability company,

Plaintiff/Counter-Defendant/Appellee,

vs.

KEVIN EXTREME and JEANNINE EXTREME,

Defendants/Counterclaimants/Appellants.

---

## [PROPOSED] ORDER

---

On Appeal from the Montana Fourth Judicial District Court
Mineral County, Cause No. DV-2021-68
Honorable Jason Marks

---

J.R. Casillas
DATSOPOULOS, MacDONALD &
LIND, P.C.
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone: (406) 728-0810
Email: jrcasillas@dmllaw.com;
areiber@dmllaw.com;
lstoos@dmllaw.com

*Attorneys for Defendants /
Counterclaimants / Appellants*

Cory Laird
Jane Cowley
LAIRD COWLEY, PLLC
2315 McDonald Ave., Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone: (406) 541-7400
Email: claird@lairdcowley.com;
jcowley@lairdcowley.com

*Attorneys for Plaintiff / Counter-
Defendant / Appellee*

ORDER                                    1

Pursuant to Appellants' Unopposed Motion for Extension of Time of File Opening Brief, with good cause appearing and no objection by Appellee, IT IS HEREBY ORDERED that Appellants' Unopposed Motion for Extension of Time to File Opening Brief is GRANTED, and Appellants shall have up to and including the 14th day of January, 2025, to file their opening brief.

*ELECTRONICALLY SIGNED AND DATED BELOW*

Cc:    Counsel of Record

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 10 2024